IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 13-402-2 |
| v. | : | |
| | : | CIVIL ACTION |
| EDWIN FERNANDEZ | : | NO. 17-4143 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 2nd day of April 2018, upon consideration of Defendant Edwin Fernandez' *motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255*, [ECF 197], and the Government's opposition thereto, [ECF 199], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to vacate, set aside, or correct sentence is **DENIED**, and no probable cause exists to issue a certificate of appealability.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*